with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LIBERTY MUTUAL INSURANCE COMPANY, Respondent, v. L. SCHEPP COMPANY, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

VINCENZO GITOLO, Respondent, v. NELLIE VOIT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LILLIAN EPSTEIN, Respondent, v. CHARLES KLAPOW, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

DANIEL O'NEILL, Respondent, v. WILLIAM SPENCER & SON CORPORATION, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

PAULSEN SPENCE COMPANY, INC., Respondent, v. STERLING ENGINEERING AND MANUFACTURING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

AMTORG TRADING CORPORATION, Respondent, v. NEW YORK INDEMNITY COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JESSICA HOLDING CORPORATION, Appellant, v. LOUIS MASSUCCI, Also Known as LUMENO MASUCCI, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LORRAINE MANUFACTURING COMPANY OF NEW YORK, Respondent, v. PHILIP POSNER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

HENRY GOLDMAN, Appellant, v. CHAS. FRESHMAN Co., INC., Respondent, Impleaded, etc.— Order so far as appealed from modified by allowing examination as to item " i," and by denying the motion to vacate the notice for examination of defendants Johnson and Zatulove; and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

HENRY GOLDMAN, Appellant, v. CHAS. FRESHMAN Co., INC., Defendant, Impleaded with CHARLES FRESHMAN and Others, Respondents.— Order so far as appealed from modified by allowing examination as to item " i " and by denying the motion to vacate the notice for examination of defendants Johnson and Zatulove; and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.